FILED
United States Court of Appeals
Tenth Circuit

June 16, 2016

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LESTER RAY NICHOLS,

    Defendant - Appellant.

No. 14-3041
(D.C. No. 6:13-CR-10106-JTM-1)
(D. Kansas)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **McHUGH**, **McKAY**, and **BALDOCK**, Circuit Judges.
_____

In light of the United States Supreme Court's decision in *Nichols v. United States*, 136 S. Ct. 1113 (2016), we previously recalled the mandate and vacated the judgment in this case. The mandate recalled on May 6, 2016, is hereby reissued forthwith. We now remand to the United States District Court for the District of Kansas for further proceedings consistent with the Supreme Court's decision.

Entered for the Court


Carolyn B. McHugh
Circuit Judge

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.